# UNITED STATES DISTRICT COURT
## Northern District of Florida

John C. Spaulding, Pro Se,
　　Plaintiff,

v.

Kenneth Tucker, et.al.,
　　Defendants.

Case No. 4:11-cv-605-SPM/CAS

Magistrate Judge Charles A. Stampelos

LEGAL MAIL PROVIDED TO FLORIDA STATE PRISON ON APR 0 6 2012 FOR MAILING INMATES INITIALS

## Notice of Appeal

Comes Now, the Plaintiff John C. Spaulding hereby filing this Notice of Appeal of the Courts order dismissing his third amended complaint for failure to state a claim entered on April 4, 2012.

Wherefore, the plaintiff humbly requests that this Honorable Court grant this his Notice of Appeal.

Respectfully Submitted,
John C. Spaulding, Pro Se
John C. Spaulding C-183425
Florida State Prison
7819 N.W. 228 st.
Raiford, Florida 32026-1120

## Certificate of Service

I Hereby Certify that a copy of the foregoing Notice of Appeal was forwarded to the United States District Court - Northern District of Florida; Office of the Clerk; 111 North Adams Street, Suite 322; Tallahassee, Florida 32301-7730 on this 6th day of April, 2012.

s/ John C. Spaulding, Pro Se

Mr. John C Spaulding, C-183485, C-1339
Florida State Prison
7819 N.W. 228 St.
Raiford, Florida 32026-1120

Legal
Mail

Mailed From
A State
Corr Institution



United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7730

323013773O